IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FREDRICA A. GARCIA,

    Plaintiff,

v.

CIV. NO. 22-00600-SMV

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

    Defendant.

## ORDER

Upon consideration of Defendant's Unopposed Motion for Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) (ECF No. 17), and for good cause appearing, the Court hereby REVERSES the Commissioner's decision in this matter under sentence four of 42 U.S.C. § 405(g), and REMANDS the case to the Commissioner for further administrative proceedings.

IT IS SO ORDERED this __7th__ day of December, 2022.

    _____
    STEPHAN M. VIDMAR
    UNITED STATES MAGISTRATE JUDGE

Submitted by:

    ALEXANDER M.M. UBALLEZ
    United States Attorney

    *s/ Jessica Milano (submitted 12/6/22)*
    JESSICA MILANO
    Special Assistant United States Attorney

    ATTORNEYS FOR DEFENDANT

Approved by:

    *s/ Justin S. Raines, Esq. (electronically approved 12/6/22)*
    JUSTIN S. RAINES, ESQ.
    RGV Disability, PLLC

    ATTORNEY FOR PLAINTIFF