IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**FREDRICA A. GARCIA,**

    **Plaintiff,**

**v.**                                                        **No. 22-cv-0600 SMV**

**KILOLO KIJAKAZI,**
**Acting Commissioner of Social Security Administration,**

    **Defendant.**

## JUDGMENT

Having granted Defendant's Unopposed Motion for Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) [Doc. 17], in an Order entered concurrently herewith,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**